AUSA

FILED
OCT 04 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) Magistrate Case No.: **'07 MJ 8832** |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Jose RODRIGUEZ | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about October 2, 2007, within the Southern District of California, defendant Jose RODRIGUEZ did knowingly and intentionally import approximately 1.48 kilograms (3.25 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Enrique Torregrosa, Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4TH DAY OF OCTOBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Jose RODRIGUEZ

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Enrique Torregrosa.

On October 2, 2007, at approximately 2050 hours, Jose RODRIGUEZ entered the United States through the pedestrian lanes at the Calexico, California, West Port of Entry.

Customs & Border Protection (CBP) Officer X. Ramos received a negative oral Customs declaration from RODRIGUEZ. RODRIGUEZ provided a school identification card to CBPO Officer Ramos. CBP Officer J. L. Bolanos was conducting a post primary inspection and observed bundles inside RODRIGUEZ's shorts. CBP Officer Bolanos referred RODRIGUEZ to the secondary inspection area. RODRIGUEZ then proceeded to run north into Calexico despite being told by CBP Officer Bolanos to stop. A foot pursuit followed and RODRIGUEZ was apprehended by CBP Officer Bolanos. RODRIGUEZ was escorted to the secondary inspection area.

CBP Officer Bolanos conducted a pat-down of RODRIGUEZ. Four (4) packages were found wrapped around RODRIGUEZ's thighs. CBP Officer Bolanos probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The total weight of the packages was 1.48 kilograms (3.25 pounds) of marijuana.

RODRIGUEZ was advised of his rights per Miranda. RODRIGUEZ stated he understood his rights and was willing to answer questions without the presence of an attorney. RODRIGUEZ stated to Special Agent Torregrosa he was to be paid $100.00 for smuggling the marijuana into the United States and receive half of the marijuana.

On October 2, 2007, RODRIGUEZ gave Special Agent Torregrosa a date of birth of September 26, 1990, (17 years of age). RODRIGUEZ was booked into the State Juvenile Hall in El Centro, California.

On October 3, 2007, Assistant U. S. Attorney John F. Weis was informed by Probation Department in Imperial County that RODRIGUEZ's mother advised them

1 | RODRIGUEZ is eighteen years of age. RODRIGUEZ signed a written statement stating
2 | he is eighteen years of ago.
3 |     On October 3, 2007, RODRIGUEZ was transported to the Imperial County Jail to
4 | await his Initial Appearance before a U. S. Magistrate Judge.