FILED
OCT 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR2912-W |
| Plaintiff, ) | <u>I N F O R M A T I O N</u> |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| JOSE RODRIGUEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about October 2, 2007, within the Southern District of California, defendant JOSE RODRIGUEZ, did knowingly and intentionally import approximately 1.48 kilograms (approximately 3.25 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: <u>October 18, 2007</u>.

KAREN P. HEWITT
United States Attorney

REBECCA S. KANTER
Assistant U.S. Attorney

RSK:psd:Imperial
10/18/07