```
KAREN P. HEWITT
United States Attorney
GEORGE V. MANAHAN
Assistant U.S. Attorney
California State Bar No. 239130
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: 619 557-7174 557-5551 (Fax)
Email: george.manahan@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>              Plaintiff,                )<br>                                        )<br>       v.                               )<br>                                        )<br>JOSE RODRIGUEZ,                         )<br>                                        )<br>              Defendant.                )<br>_____) | Criminal Case No. <u>07-CR-2912-W</u><br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

    I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

    I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

    The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

    Name:

        None

    Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

    Name:

        U S Attorney CR

        Jeffrey David Moore

1 | Please feel free to call me if you have any questions about this notice.

2 | DATED: December 19, 2007.

3 | KAREN P. HEWITT
United States Attorney

6 | s/George V. Manahan
GEORGE V. MANAHAN
Assistant U.S. Attorney

28 | Notice of Appearance
United States v. Rodriguez                                                   07-CR-2912-W