UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSE RODRIGUEZ, )<br>)<br>Defendant. )<br>) | Criminal Case No. 07-CR-2912-W<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, George V. Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated December 19, 2007, and this Certificate of Service, dated December 20, 1997, on the following party or parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies:

Grant L Eddy, Attorney for the Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on December 20, 2007.

s/George V. Manahan
GEORGE V. MANAHAN
Assistant U.S. Attorney

Certificate of Service
United States v. *Rodriguez                                                                                       07cr2912