**FILED**

FEB 11 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AO 245B (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| Jose Rodriguez | CASE NUMBER: 07CR2912-W |
| | Grant L. Eddy |
| | Defendant's Attorney |

**REGISTRATION NO.** 01630298

THE DEFENDANT:

X pleaded guilty to count(s)   one of the information

☐ was found guilty on count(s) _____
after a plea of not guilty

. Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC 952 & 960 | Importation of Marijuana | 1 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

X Assessment : $100.00   payable forthwith

☐ Fine ordered waived.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

February 11, 2008
Date of Imposition of Sentence

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
          Sheet 4—Probation

Judgment—Page __2__ of __3__

DEFENDANT: Jose Rodriguez
CASE NUMBER: 07CR2912-W

## PROBATION

The defendant is hereby sentenced to probation for a term of 3 years.

## MANDATORY CONDITIONS

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    Drug testing requirements will not exceed submission of more than eight drug tests per month during the term of supervision.
    The defendant shall cooperate if and as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).
    If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with the special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev. 9/00) Judgment in a Criminal Case
Sheet 4 — Continued 2 — Probation

DEFENDANT: Jose Rodriguez
CASE NUMBER: 07CR2912-W

Judgment—Page 3 of 3

# SPECIAL CONDITIONS OF SUPERVISION

1) The defendant shall not possess firearms, explosive devices, or other dangerous weapons.

2) The defendant shall submit to search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

3) The defendant shall report all vehicles owned, operated, or in which the defendant has an interest to the probation officer.

4) The defendant shall not enter or reside the Republic of Mexico without the permission of the probation officer.

5) The defendant shall participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, if directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay. Drug testing requirements will not exceed submission of more than eight drug tests per month during the term of supervision, unless by order of the Court.

6) The defendant shall comply with the conditions of the home confinement program for a term of 60 days and shall remain at his residence except for activities or employment as approved by the Court or probation officer. The defendant shall wear an electronic monitoring device and follow procedures specified if deemed appropriate by the probation officer. The defendant shall pay the total cost of electronic monitoring services, or a portion if deemed appropriate by the probation officer.